IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAHCOB KAHLIL SWINTON, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 24-CV-4496 |
| : | |
| MARY J. WALK, *et al.*, : | |
|     Defendants. : | |

**ORDER**

AND NOW, this 3rd day of October 2024, upon consideration of Plaintiff Yahcob Kahlil Swinton's Amended Complaint (ECF No. 8) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

   a. Swinton's federal claims are **DISMISSED WITH PREJUDICE** as frivolous; and

   b. Swinton's state claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, J.**